[Nos. 19889-8-III; 19890-1-III. Division Three. April 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BERNHARD K. HOFFMANN, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-00438-0 and 99-1-01854-1, Kathleen M. O'Connor, J., entered January 8, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Schultheis, J.

[No. 19905-3-III. Division Three. April 16, 2002.]

MOHAMED A. JALLOH, *Appellant*, v. TRINA ANDERSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whitman County, No. 92-2-00153-3, Wallis W. Friel, J., entered December 29, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20013-2-III. Division Three. April 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE JUAN MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 00-1-00037-5, Richard W. Miller, J., entered February 15, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20429-4-III. Division Three. April 16, 2002.]

PHIL HANFORD, ET AL., *Appellants*, v. TACO BELL CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-2-00430-8, Lesley A. Allan, J., entered August 10, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kato, JJ.